856

denied. *J. Roy Dickie* for petitioner. *William S. Doty* for respondent.

No. 578. TRUST COMPANY OF GEORGIA, SUCCESSOR TRUSTEE, *v.* ALLEN, COLLECTOR OF INTERNAL REVENUE. C. C. A. 5th. Certiorari denied. *Dan MacDougald* and *Robert S. Sams* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 588. BUNTING *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 6th. Certiorari denied. *Walter A. Eversman* and *Josiah T. Herbert* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Harry Baum* for respondent.

No. 509. RANDALL *v.* UNITED STATES; and

No. 555. HACKBUSCH *v.* UNITED STATES. C. C. A. 7th. The motion for leave to file a supplemental petition in No. 509 is granted. Certiorari denied. *Mack Taylor* for petitioner in No. 509. *Theodore Lockyear* for petitioner in No. 555. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States. Reported below: 164 F. 2d 284.

No. 606. ILLGES ET AL. *v.* CONGDON. Circuit Court of Walworth County, Wisconsin. The motion to return the record is denied. Certiorari denied. *J. Arthur Moran* for petitioners. *Arthur T. Thorson* for respondent. See 251 Wis. 50, 27 N. W. 2d 716.

No. 163, Misc. THOMPSON *v.* SANFORD, WARDEN. C. C. A. 5th. Certiorari denied. Petitioner *pro se. Solici-*

tor General Perlman, Assistant Attorney General Quinn, Frederick Bernays Wiener, Robert S. Erdahl and Beatrice Rosenberg for respondent.

No. 198, Misc. RICHETSKY v. NEW YORK. County Court of Queens County, New York. Certiorari denied.

No. 219, Misc. BAUTZ v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 249, Misc. KAUFMAN v. UNITED STATES. C. C. A. 6th. Certiorari denied. Arthur W. A. Cowan for petitioner. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and W. Victor Rodin for the United States.

No. 256, Misc. BLOOM v. UNITED STATES. C. C. A. 2d. Certiorari denied. Petitioner pro se. Solicitor General Perlman, Assistant Attorney General Quinn and Robert S. Erdahl for the United States.

No. 276, Misc. GRIFFIN v. UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari denied. Joseph A. McMenamin for petitioner. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and Philip R. Monahan for the United States.

No. 322, Misc. MAZAKAHOMNI v. NORTH DAKOTA. Supreme Court of North Dakota. Certiorari denied.

No. 324, Misc. MEYERS v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.